883 A.2d 1058

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SEITH M. ALLEN, DEFENDANT–PETITIONER.

September 29, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

883 A.2d 1059

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CLIVE CUAVERS, DEFENDANT–PETITIONER.

September 29, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

883 A.2d 1059

STATE OF NEW JERSEY, PLAINTIFF–CROSS–PETITIONER,
v. GREGORY LAWNICK, DEFENDANT–CROSS–
RESPONDENT.

September 29, 2005.

ORDERED that the cross-petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).